**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-1893

ZO XABIERE ALI, a/k/a Lorenzo Dominic Richardson,

Plaintiff – Appellant,

v.

BRUCE WORF; WAKE COUNTY CRISIS AND ASSESSMENT SERVICES,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.   James C. Dever, Chief District Judge.  (5:12-cv-00261-D)

Submitted:  September 11, 2012     Decided:  September 13, 2012

Before NIEMEYER, SHEDD, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Zo Xabiere Ali, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Zo Xabiere Ali appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Ali v. Worf, No. 5:12-cv-00261-D (E.D.N.C. July 9, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2